No. 74–5683.  JOHNSON v. LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 74–5687.  MCCORMICK, TRUSTEE v. ESPOSITO ET AL. C. A. 5th Cir.  Certiorari denied.

No. 74–5720.  BILLINGSLEY ET AL. v. WALLACE.  Sup. Ct. Ala.  Certiorari denied.

No. 74–5721.  CARTER v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–409.  ROSE, WARDEN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION, ET AL.  C. A. 6th Cir.  Motion of respondent James Earl Ray for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 74–440.  MALIZIA v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  See Molinaro v. New Jersey, 396 U. S. 365 (1970).

No. 74–444.  JONES ET AL. v. SIMON, SECRETARY OF THE TREASURY, ET AL.  C. A. 9th Cir.  Motions of Association of O & C Counties and Oregon Homeowners Assn. for leave to file briefs as amici curiae granted.  Certiorari denied.

No. 74–702.  SWENSON, WARDEN v. WILWORDING. C. A. 8th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 74–704.  MICHIGAN v. WHITE.  Sup. Ct. Mich. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.